IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED
11/05/2026
LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

STEPHEN PONIATOWSKI, WILLIAM LIONETTA, and CHARLES BILLINGSLEY, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

TREX COMPANY, INC.,

Defendant.

Civil Action No. 5:26-cv-00108

**ORDER**

By: Hon. Thomas T. Cullen
United States District Judge

---

On August 14, 2026, Plaintiff Stephen Poniatowksi, individually and on behalf of all those similarly situated, filed this proposed consumer class action suit against Defendant Trex Company, Inc. (ECF No. 1.) On September 17, 2026, Plaintiff Poniatowski filed his First Amended Complaint ("FAC"), adding William Lionetta and Charles Billingsley as named plaintiffs and asserting nine claims under state and federal law against Defendant. (ECF No. 15.) On November 2, 2026, Defendant filed a Partial Motion to Dismiss ("MTD") seeking to dismiss eight of the nine claims in the FAC and requested a hearing on the Motion. (ECF No. 18.) That day, Defendant also filed a Motion to Stay Claims Not Subject to its Partial Motion to Dismiss and Extend the Deadline to Answer the Complaint ("Motion to Stay"). (ECF No. 20.) Defendant requests an extension of time to answer all claims in Plaintiffs' FAC until 30 days after the court's ruling on the Partial MTD. (*See id.*) Plaintiffs do not oppose the Motion to Stay.

The court notes that Defendant's Partial MTD automatically suspends the time to file an answer to all claims in the FAC until "14 days after notice of the court's action" on that Motion, "[u]nless the court sets a different time." *See* Fed. R. Civ. P. 12(a)(4). But insofar as Defendant seeks an extension of time to answer the FAC following the court's decision on the Partial MTD, Defendant's Motion to Stay is **GRANTED**. Defendant's deadline to answer the claims in the FAC not subject to the Partial MTD is **STAYED** pending the court's ruling on that Motion. Defendant is directed to answer all remaining claims in the FAC within 30 days of the court's ruling on the Partial MTD. *See id.*

The Clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 5th day of November, 2026.

HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE